# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Citadel Securities LLC, Group One Trading LP, Ronin Capital, LLC, Susquehanna Securities and Susquehanna Investment Group, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | Case No. 1:13-cv-4549 |
| Chicago Board Options Exchange, Inc., International Securities Exchange, LLC, NASDAQ OMX PHLX (f/k/a Philadelphia Stock Exchange, Inc.), NYSE Arca, Inc. (f/k/a Pacific Exchange, Inc.), NYSE MKT LLC (f/k/a NYSE Amex LLC, f/k/a American Stock Exchange LLC), Defendants. | ) ) ) ) ) ) ) ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Citadel Securities LLC, Group One Trading LP, Ronin Capital, LLC, Susquehanna Investment Group, and Susquehanna Securities, by and through their undersigned attorneys hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the defendants Chicago Board Options Exchange, Inc., International Securities Exchange, LLC, NASDAQ OMX PHLX (f/k/a Philadelphia Stock Exchange, Inc.), NYSE Arca, Inc. (f/k/a Pacific Exchange, Inc.), NYSE MKT LLC (f/k/a NYSE Amex LLC, f/k/a American Stock Exchange LLC.

Dated: July 16, 2013                                    Respectfully submitted,


                                                        By:   /s/ Lori L. Taylor
                                                              Lori L. Taylor

Stephen P. Bedell
Ellen M. Wheeler
Lori L. Taylor
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
312.832.4500
Fax: 312.832.4700

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I, Lori L. Taylor, an attorney, hereby certify that on July 16, 2013, I caused a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** to be served on all counsel of record via the Court's CM/ECF system.

s/ Lori L. Taylor